UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTE JACKSON, individually and on behalf of the General Public,<br><br>                Plaintiff,<br><br>v.<br><br>ANNE G. BEMIS, individually and as Trustee of the Frank and Anne Bemis Trust Agreement dated April 8, 1999, *et al*.<br><br>                Defendants. | Civil No. 05cv1895-L(RBB)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On April 19, 2007, Plaintiff and Defendants filed a joint motion for dismissal with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a), the complaint in this action is hereby **DISMISSED WITH PREJUDICE**.

      **IT IS SO ORDERED**.

DATED: April 23, 2007

                                      M. James Lorenz
                                      United States District Court Judge

COPY TO:

HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

05CV1895